COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT DAVIS A/K/A BOB DAVIS AND DAN DAVIS D/B/A TEXAS FOREVER FUNERALS, DAVID FUNERAL CHAPEL, BUDGET CASKET CO., BUDGET CASKET-FT. WORTH, BUDGET CASKET-HOUSTON, BUDGET CASKET-HARWOOD, BUDGET CASKET II, AND BUDGET CASKET, | § § § § § § § § | No. 08-10-00123-CV Appeal from the County Court at Law No. 2 of Tarrant County, Texas (TC# CC-08-66720-2) |
| Appellants, | § |  |
| v. | § |  |
| TKG HARWOOD DEVELOPMENT, L.P., | § § | |
| Appellee. | | |

**MEMORANDUM OPINION**

This appeal is before the court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed due to the fault of the Appellant, we dismiss the appeal for want of prosecution.

The clerk's record was due to be filed on April 15, 2010. The County Clerk has notified the Court that the Appellants have not made financial arrangements to pay for the clerk's record. By letter dated April 15, 2010, we advised Appellants that the appeal would be dismissed pursuant to TEX.R.APP.P. 37.3 for want of prosecution unless they showed grounds for continuing the appeal within ten days. Appellants have not responded to the letter and the clerk's record still has not been filed. We therefore dismiss the appeal pursuant to Rule 37.3(b).

July 30, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.